FILED

04/14/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0547

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 22-0547

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

DANIEL CHRISTOPHER ROWE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including May 26, 2023, within which to prepare, serve, and file its response brief.

KFS

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 14 2023